IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Orbit Licensing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Wowza Media Systems, LLC,**<br><br>    Defendant. | Case No. 1:21-cv-00953-LPS<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF ORBIT LICENSING LLC UNOPPOSED
MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER**

Plaintiff Orbit Licensing LLC ("Plaintiff") hereby respectfully moves this Court for an extension of time for Defendant Wowza Media Systems, LLC ("Defendant") to answer, move, or otherwise respond to the Complaint [D.I. 1] to October 1, 2021. Plaintiff's counsel has conferred with Defendant's counsel with respect to this extension and Defendant does not oppose the same. Moreover, Defendant requested that Plaintiff file this motion.

The reason for this request is so that Plaintiff and Defendant can discuss a possible resolution of this matter. Neither party will be prejudiced by this brief extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for this Court to extend the time for Defendant to answer, move, or otherwise respond to the Complaint to October 1, 2021.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: August 5, 2021                                Respectfully submitted,

                                                                     **GAWTHROP GREENWOOD, PC**

                                                                     */s/ David W. deBruin*
                                                                     David W. deBruin, Esq. (#4846)
                                                                     3711 Kennett Pike, Suite 100
                                                                     Wilmington, DE 19807
                                                                     Phone: 302-777-5353
                                                                     ddebruin@gawthrop.com

                                                                     *Counsel for Plaintiff*
                                                                     *Orbit Licensing LLC*


IT IS SO ORDERED this _____ of _____, 2021.


                                                                     United States District Court Judge